# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2016-C34, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2016-C34,<br><br>**Plaintiff,**<br><br>v.<br><br>HORSHAM PROPERTY ASSOCIATES, LP,<br><br>**Defendant.** | CIVIL ACTION<br><br>NO. 2:20-cv-01301-JS |

## ORDER

AND NOW, this  7th  day of      January      , 2021, upon consideration of the Motion of Movant, WFCM 2016-C34 Precision and Privet Roads, LLC, for Entry of an Order Confirming Marshal's Sale and Approving Schedule of Distribution, the Schedule of Distribution attached thereto, and this Court's June 18, 2020 Order entering judgment in favor of Plaintiff and providing for the sale of the real property located at 200 Precision Road and 425 Privet Road, Horsham Township, Montgomery County, Pennsylvania (the "Property"), the Schedule of Distribution having been hung in the Marshal's Office for ten (10) days and no objection thereto having been filed, it is hereby ORDERED that:

        1.        The public sale held on November 19, 2020 is hereby confirmed;

        2.        The Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by the Clerk;

3. The Movant is authorized and directed to make distribution in accordance with the Schedule of Distribution;

4. The Marshal is Ordered and directed to execute and deliver to WFCM 2016-C34 Precision and Privet Roads, LLC, its successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of Horsham Property Associates, L.P., in and to the Property sold; and

5. Jurisdiction is retained for such further orders or decrees as may be necessary.

      /s/ Juan R. Sánchez  
      Juan R. Sánchez, C.J.

# EXHIBIT A

1. Description of Premises Sold: 200 Precision Road and 425 Privet Road, Horsham Township, Montgomery County, Pennsylvania (see attached legal description).

2. Buyer: Judgment Holder, WFCM 2016-C34 Precision and Privet Roads, LLC, c/o LNR Partners, LLC, 1601 Washington Avenue, Suite 700, Miami Beach, Florida 33139.

3. Persons to Whom Distribution is to be made:


Gross Bid:   $ 1,622.23

| Due U.S. Marshal: | | Due Plaintiff: | |
|---|---|---|---|
| Commission | $50,000.00 | Marshal's Costs of Sale re: Service: | $142.15* |
| | | Advertising Costs | $1480.08* |
| | | (The Times Herald - $993.92) (The Montgomery County Law Reporter - $486.16) | |
| | | BALANCE OF FUND | $-0- |

* Paid in Advance by WFCM 2016-C34 Precision and Privet Roads, LLC.

4. Proceeds of Sale, less amounts being paid as set forth above, to be paid to WFCM 2016-C34 Precision and Privet Roads, LLC: **$-0-**